# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | |
|---|---|
| ANGEL JOSE VASQUEZ,<br><br>     Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and VEROS CREDIT, LLC,<br><br>     Defendants. | CV 225-081 |

### ORDER

Before the Court is a stipulation of dismissal, dkt. no. 12, wherein the parties who have appeared in this action notify the Court that Plaintiff wishes to dismiss all claims against Defendant Veros Credit, LLC. The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's claims against Defendant Veros Credit, LLC are hereby **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to terminate Veros Credit, LLC as a defendant in this action. Plaintiff's claims against Defendant Experian Information Solutions, Inc., remain pending.

**SO ORDERED**, this **19** day of November, 2025.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA