# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | |
|---|---|
| ANGEL JOSE VASQUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | CV 2:25-081 |

### ORDER

Before the Court is Plaintiff's notice of voluntary dismissal, dkt. no. 15, wherein he notifies the Court that he wishes to dismiss his claims against Defendant Experian Information Solutions, Inc. with prejudice. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before opposing party serves an answer or motion for summary judgment). Accordingly, Plaintiff's claims against Experian are **DISMISSED with prejudice.** Each party shall bear its own fees and costs. There being no claims remaining, the Clerk is **DIRECTED** to close this case.

SO ORDERED, this ___6___ day of January, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA